Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone:  (702) 445-7000
Fax:  (702) 385-7743
Email:  ron@reynoldslawyers.com
mac@reynoldslawyers.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | Case No.:  2:13-cv-772 |
| Plaintiff, | |
| vs. | **(Proposed) DEFAULT JUDGMENT ON FIRST AMENDED COMPLAINT** |
| **TACOS LA PALMA, LLC, A NEVADA LIMITED LIABILITY COMPANY,** | |
| Defendant. | |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure Plaintiff has moved this Honorable Court has granted Plaintiff's Renewed and Supplemental Motion for Default Judgment on First Amended Complaint,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff be awarded judgment against defendant TACOS LA PALMA, LLC, as follows:

a. For Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii):   $    10,000.00
b. <u>For attorney's fees and costs of suit:</u>                          $     1,800.00
                                                         Total:   $    11,800.00

///

///

///

///

1

1  **It is so ordered**:

2  Dated: This 29th day of October, 2013.

_____
**United States District Court Judge**

**Submitted by:**

**REYNOLDS & ASSOCIATES**
RONALD H. REYNOLDS, ESQ.
State Bar No. 827
MATTHEW M. REYNOLDS, ESQ.
State Bar No. 12268

BY: /s/ RONALD H. REYNOLDS
Ronald H. Reynolds, Esq.
823 Las Vegas Boulevard South, #280
Las Vegas, Nevada 89101
Attorneys for Plaintiff